UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMPIRE PETROLEUM PARTNERS,
LLC,

    Plaintiff,

v.

Case No. 16-cv-13367
Hon. Matthew F. Leitman

MUBARAK IBRAHIM, AHM PROPERTIES,
INC., and AHM PROPERTIES II, INC.,

    Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION (ECF #10)

On September 16, 2016, Defendants removed the instant action to this Court. (*See* the "Notice of Removal," ECF #1.) On January 13, 2017, Defendants moved to dismiss Plaintiff's complaint for lack of personal jurisdiction (the "Motion"). (*See* ECF #10.) The Court held a hearing on the Motion on April 27, 2017. For the reasons stated on the record at the hearing, the Motion (ECF #10) is **GRANTED** and Plaintiff's complaint is dismissed for lack of personal jurisdiction.

    **IT IS SO ORDERED.**

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: April 27, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 27, 2017, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (313) 234-5113