UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMPIRE PETROLEUM PARTNERS,
LLC,

    Plaintiff,

v.

Case No. 16-cv-13367
Hon. Matthew F. Leitman

MUBARAK IBRAHIM, AHM PROPERTIES,
INC., and AHM PROPERTIES II, INC.

    Defendants.

_____/

## JUDGMENT

In accordance with the Order Granting Defendants' Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction, dated April 27, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff and Plaintiff's complaint is dismissed for lack of personal jurisdiction.

                      DAVID J. WEAVER
                      CLERK OF COURT

              By:   s/Holly A. Monda
                         Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: April 27, 2017
Detroit, Michigan